IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 SEP 19 AM 10:28
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                              Cr. No.   03-20053-B

PABLO RODRIGUEZ-PADILLA,

    Defendant.

---

ORDER

---

IT IS HEREBY ORDERED THAT:

CONSIDERING THE Motion to Continue the Re-Sentencing Hearing filed by the Defendant, the Continuance __✓__ IS _____ IS NOT granted and the new Re-Sentencing hearing will be held on the _27th_ day of _Oct._, 2005 at _10:00_ a.m. /~~p.m.~~

THUS ORDERED THIS _19th_ day of _Sept_, 2005.

_____
J. Daniel Breen
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-20-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:03-CR-20053 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT