IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 NOV -1 PM 3: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,         *

        Plaintiff,         *

v.                                *         Cr. No.   03-20053 B

PEDRO RODRIGUEZ-PADILLA,          *

        Defendant.        *

## ORDER

IT IS HEREBY ORDERED THAT:

CONSIDERING THE Motion to Continue field by the Defendant, the Continuance __X__ IS _____ IS NOT granted and the new Sentencing hearing will be held on the 7th day of November, 2005 at 9:30a.m. ~~a.m.~~/~~p.m.~~

THUS ORDERED THIS 31st day of October, 2005.

_____
UNITED STATES JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-2-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:03-CR-20053 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Linda N. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT